UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMAL JAMES CARMOUCHE                                    CIVIL ACTION

VERSUS

DONALD WEATHERSPOON, ET AL.                    NO. 23-00793-BAJ-RLB

RULING AND ORDER

Plaintiff, an individual incarcerated at Louisiana State Penitentiary who is representing himself without assistance of counsel, filed this lawsuit pursuant to 42 U.S.C. § 1983 against Defendants Donald Weatherspoon, Corey Anderson, Sgt. Davis, Dusty Biggam, Dixon Correctional Institute, and the State of Louisiana, complaining that his constitutional rights were violated due to the use of excessive force and deliberate indifference to his serious medical needs. Now before the Court is Defendants' **Motion to Dismiss (Doc. 12, the "Motion")**, which seeks dismissal of certain of Plaintiff's claims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 17, the "Report")**, recommending that Defendants' Motion be granted, dismissing Plaintiff's claims for deliberate indifference to his serious medical needs against Defendants State of Louisiana, Dixon Correctional Institute, and Dusty Bickham,[1] with prejudice. (*Id.*). The Report further recommends that Plaintiff's claims against

---

[1] Named as "Dusty Biggam."

Defendant Sgt. Davis be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), and that the Court decline the exercise of supplemental jurisdiction over any potential state law claims. (*Id.*). The parties' time to object to the Report has expired, without any objection from either party.

After careful consideration of the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 12)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for deliberate indifference to his serious medical needs against Defendants State of Louisiana, Dixon Correctional Institute, and Dusty Bickham be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Davis be and are hereby **DISMISSED WITHOUT PREJUDICE** for failing to timely serve Defendant Davis pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that the Court **DECLINES** the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that this matter be and is hereby **REFERRED** to the Magistrate Judge for further proceedings consistent with this Order.

A partial judgment shall issue separately. Plaintiff's excessive force claims

against Defendants Weatherspoon and Anderson remain pending.

Baton Rouge, Louisiana, this 22nd day of August, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**