UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMAL JAMES CARMOUCHE                                  CIVIL ACTION

VERSUS

DONALD WEATHERSPOON, ET AL.                       NO. 23-00793-BAJ-RLB

RULING AND ORDER

Before the Court is Defendants' **Motion For Summary Judgment (Doc. 31, the "Motion")**. Plaintiff opposes the Motion. (Doc. 32). Defendant filed a Reply Brief. (Doc. 33).

The Magistrate Judge issued a **Report And Recommendation (Doc. 34, the "Report")**, recommending that Defendant's Motion be granted and that all of Plaintiff's remaining claims against Defendant be dismissed with prejudice. (*Id.* at 8). Plaintiff filed a timely Objection to the Report. (Doc. 35). For the reasons outlined below, the Court **APPROVES** the Magistrate Judge's Report and **ADOPTS** it as the Court's opinion in this matter.

Plaintiff, an individual incarcerated at the Louisiana State Penitentiary and proceeding *pro se*, alleged excessive force claims against Defendants. (Doc. 1 at 6–7). The Report found that Plaintiff did not exhaust his administrative remedies by proceeding to the Second Step of the Louisiana Department of Public Safety and Corrections Services' Administrative Remedy Procedure, and therefore Defendants are entitled to summary judgment. (Doc. 34 at 7–8).

Plaintiff raised two objections in his Objection to the Report. (Doc. 35). First,

Plaintiff objected to the Report's finding that "he did not unilaterally proceed to the second step" and "instead did nothing to exhaust his administrative remedies after filing his grievance." (*Id.* at 2). Plaintiff asserted that this determination is a "misrepresentation of the record." (*Id.*) Plaintiff provided no further argument to explain how the Report's finding allegedly misrepresents the record. (*Id.*) Second, Plaintiff asserted that he "is a mental health patient." (*Id.*) Plaintiff provided no additional information to indicate how this assertion relates to the Report's conclusion. (*Id.*)

"Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled in part on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1), *as recognized in, Ross v. Oracle Am.*, No. 25-50078, 2025 WL 1513948 (5th Cir. May 27, 2025).

A review of the record reveals no error in the Report's finding that Plaintiff did not unilaterally proceed to the Second Step of the grievance process and therefore did not exhaust his administrative remedies. *See Johnson v. Johnson*, 385 F.3d 503, 517 (5th Cir. 2004) (ruling that an incarcerated person must exhaust administrative remedies by complying with applicable prison grievance procedures before filing a suit relative to prison conditions). As Plaintiff makes no other specific objection to the Report's findings, the Court determines that Plaintiff has not articulated any other

grounds to undermine its recommendation.

In addition, in his Objection to the Report, Plaintiff requests that the Court stay the proceedings in this matter "pending resolution of same or similar issues and claims, now pending in this court in Jean Paul Creppel (#501207) v. J.P. Cashio, Et. Al. No. 23-290-SDD-RLB [sic]." (Doc. 35 at 2). The Court denies this request as moot because, for the reasons stated herein, this case shall be dismissed.

Having carefully considered Defendant's Motion (Doc. 31), Plaintiff's Opposition (Doc. 32), Defendant's Reply (Doc. 33), the Report (Doc. 34), and Plaintiff's Objection to the Report (Doc. 35), the Court **APPROVES** the Magistrate Judge's Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's **Motion (Doc. 31)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 31st day of July, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**